IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

A.L., FATHER OF R.L., A CHILD,

       Appellant,

 v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

       Appellee,

_____/

Case No. 5D22-2232
LT Case No. 2019-DP-000174

Decision filed January 5, 2023

Appeal from the Circuit Court
for Hernando County,
Stephen E. Toner, Jr., Judge.

Ana Gomez-Mallada, Fort Lauderdale, for Appellant.

Rachel Batten, of Children's Legal Services, Brooksville, and Meredith K. Hall, of Children's Legal Services, Bradenton, for Appellee, Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Amanda Victoria Glass, Senior Attorney, of Statewide Guardian ad Litem Office, Tallahassee, and Jonathan W. Taylor, of Moffa, Sutton & Donnini, P.A., Fort Lauderdale, for Guardian ad Litem.

PER CURIAM.

    AFFIRMED.

EDWARDS, EISNAUGLE and HARRIS, JJ., concur.